# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:24-MJ-01028-AAS

ALEXANDER LIGHTNER
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **Alexander Lightner**, in the above-styled cause.

The Clerk is requested to enter the appearance of **NICOLE V. HARDIN**, Assistant Federal Defender, as counsel for the Defendant.

DATED this 9th day of January 2024.

                                                              Respectfully Submitted,

                                                              A FITZGERALD HALL, ESQ.
                                                              FEDERAL DEFENDER

                                                              */s/ Nicole Hardin*
                                                              Nicole Hardin, Esq.
                                                              Bar No.: 0026194
                                                              Assistant Federal Defender
                                                              400 N. Tampa Street, Suite 2700
                                                              Tampa, Florida 33602
                                                              Telephone: (813) 228-2715
                                                              Fax: (813) 228-2562
                                                              Email: Nicole_Hardin@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January 2024, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Lindsey N. Schmidt, AUSA

*/s/ Nicole V. Hardin*
Nicole V. Hardin, Esq.
Assistant Federal Defender