# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 8:20-cr-206-T-60AEP

MUHAMMED MOMTAZ ALAZHARI
_____/


**DECLARATION OF MICHAEL A. KNOX, PH.D**.


1. I am a forensic science and criminology consultant with a private practice in Jacksonville, Florida, who specializes in firearms, ballistics, and shooting incidents. I have been in such practice for over ten years. Prior to starting in private practice, I served as a police officer and detective with the Jacksonville Sheriff's Office for over 15 years.

2. I earned a Bachelor of Science degree in mechanical engineering from the University of North Florida in 2010, a Master of Science degree in forensic science from the University of Florida in 2012, and a Ph.D. in criminal justice from Nova Southeastern University in 2018.

3. I have had extensive training in firearms training both as a law enforcement officer and during my time in private practice (see attached curriculum vitae).

4. I have consulted on hundreds of cases involving firearms and shooting incidents, including providing opinions about such issues as the operation, design/product liability, and appropriate uses of firearms.

5. The National Firearms Act of 1934 regulates the commercial sale and personal possession of "silencers," also commonly known as "suppressors," that can be attached to a firearm for the purpose of suppressing sound and muzzle flash.

6. 18 U.S.C. § 921(a)(24) defines a "firearm silencer" or "firearm muffler" as "any device for silencing, muffling, or diminishing the report of a portable firearm." Such devices are designed to attenuate the velocity and pressure of the expanded gases in a firearm during discharge in order to prevent the characteristically loud report of the firearm. Silencers/suppressors operate by using a series of internal baffles to slow the velocity of the escaping gases, allow them to expand prior to exiting the muzzle, and offer some reduction in temperature before the gasses exit the muzzle where they come into contact with oxygen in the air. In addition to attenuating the sound, silencers/suppressors significantly reduce recoil and muzzle flash.

7. Silencers/suppressors are commonly used by shooters to reduce the sound associated with discharging a firearm in order to mitigate the potential for hearing injury. While ear plugs or muffs can reduce the amount of sound energy reaching the ear, silencers/suppressors reduce the sound energy much further, in many cases reducing the sound to a level at which the only perceivable sound is that from the movement of the mechanical action of the firearm.

8. The reduced recoil experienced by a shooter is also a benefit as it reduces the mechanical energy imparted on the shooter's hands, arms, and shoulder, thus reducing the potential for injury.

2

   Competition shooters and people who train extensively with firearms benefit from the reduced recoil by attenuating the cumulative effects of discharging firearms repeatedly.

9. The reduced muzzle flash benefits a shooter in that there is a reduction of the visual noise associated with muzzle flash, which is particularly preferable in low-light conditions where muzzle flash as akin to having a bright light flash each time the firearm is discharged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Jacksonville, Florida, on August 31, 2020.

_____
Michael A. Knox, Ph.D.

2