# EXHIBIT 4

# Current Processing Times

**As of Feb. 1, 2024**

Statistical information on average processing times of applications that are filled out correctly and completely.

| ATF Form | | Processing Office | Paper | eForms |
|---|---|---|---|---|
| Form 1 | Application to Make and Register a Firearm | NFA Division | 85 days | 47 days |
| Form 2 | Notice of Firearms Manufactured or Imported | NFA Division | 30 days | 2 days |
| Form 3 | Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (SOT) | NFA Division | 17 days | 11 days |
| Form 4 Trust | Application for Tax Paid Transfer and Registration of Firearm | NFA Division | 270 days | 224 days |
| Form 4 Individual | Application for Tax Paid Transfer and Registration of Firearm | NFA Division | 243 days | 196 days |
| Form 5 | Application for Tax-Exempt Transfer and Registration of Firearm | NFA Division | 46 days | 2 days |
| Form 6 | Application and Permit for Importation of Firearms, Ammunition and Implements of War | Imports Branch | 6 weeks | 13 days |
| Form 6 NIA | Application/Permit for Temporary Importation of Firearms and Ammunition by Nonimmigrant Aliens | Imports Branch | 6 weeks | - |
| Form 7 | Application for Federal Firearms License (FFL) | FFLC | 2 months | - |
| Form 9 | Application and Permit for Permanent Exportation | NFA Division | 29 days | 2 days |
| Form 10 | Application for Registration of Firearms Acquired by Certain Governmental Entities | NFA Division | 49 days | N/A |
| Form 3311.4 | Application for Alternate Means of Identification of Firearm(s) (Marking Variance) | FATD | 3 months | - |
| Form 5320.20 | Application to Transport Interstate or to Temporarily Export Certain National Firearms Act (NFA) Firearms | NFA Division | 12 days | - |
| Form 5400.13/ 5400.16 | Application for Explosives License or Permit (FEL/FEP) | FELC | 3 months | - |
| Form 5400.28 | Employee Possessor Questionnaire (EPQ) | FELC | 3 months | - |

## Totals of Pending NFA Forms

- Current Forms 4 pending: 190,840
- Total NFA forms pending: 207,439

*Last Reviewed February 12, 2024*