**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:24-CR-21-WFJ-CPT | | DATE: May 9, 2024 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALEXANDER LIGHTNER** | | **GOVERNMENT COUNSEL:**<br>Lindsey Schmidt, AUSA | |
| | | **DEFENDANT COUNSEL:**<br>Samuel Landes and Nicole Hardin, AFPD | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 11:27 AM - 11:30 AM **TOTAL:** 3 Minutes | | **COURTROOM:** | Telephonic |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

The Court addressed the pending motions with the parties.

The Court Orders the Defense to file any motions by June 14, 2024, and for the Government to respond by June 28, 2024.

Oral motion to continue by the Defense. No objections by the Government.

The Court GRANTED the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, the reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.

Status Conference: July 2024

Trial Term: August 2024.

Court adjourned.