UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-21-WFJ-CPT

ALEXANDER LIGHTNER

### GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called by the government in the motion to suppress hearing:

1. Special Agent John Herman, Federal Bureau of Investigations

2. Special Agent Richard Volp, Federal Bureau of Investigations

3. Special Agent Konstantinos Balos, Bureau of Alcohol, Tobacco, Firearms and Explosives

The United States reserves the right to call additional witnesses during the hearing, if appropriate.

                          Respectfully submitted,

                          ROGER B. HANDBERG
                          United States Attorney

By:   */s/ Lindsey Schmidt*
       Lindsey Schmidt
       Assistant United States Attorney
       United States Attorney No. 222
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: lindsey.schmidt@usdoj.gov

U.S. v. Alexander Lightner                    CASE NO. 8:24-cr-21-WFJ-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nicole Hardin
Samuel Landes

*/s/ Lindsey Schmidt*
Lindsey Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lindsey.schmidt@usdoj.gov