UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:24-cr-21-WFJ-CPT

Plaintiff, ☐
Government ☒          ☒ Evidentiary
                                    ☐ Trial
                                    ☐ Other - VOSR

v.

ALEXANDER LIGHTNER

Defendant ☒

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 7/26/24 | 7/26/24 | | SWAT BWC recording from January 5, 2024, ending in 503Z_589.mp4 |
| 2 | 7/26/24 | 7/26/24 | | SWAT BWC recording from January 5, 2024, ending in 731Z_1800.mp4 |
| 3 | 7/26/24 | 7/26/24 | | Recorded ATF Interview from January 5, 2024 |