**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                             **Case No. 8:24-Cr-21-WFJ-CPT**


**ALEXANDER LIGHTNER**

| DEFENDANT'S MOTION TO SUPPRESS EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | FD 302 report |
| 2 | | | | LIGHTNER timeline |
| 3 | | | | Alex Lightner—Unclassified |
| 4 | | | | LIGHTNER-ROI-2_confession |
| 5 | 7/26/24 | 7/26/24 | | Disc Bates pages 21938-21939 |
| 6 | | | | Transcript |
| 7 | 7/26/24 | 7/26/24 | | Notes of Agent |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATED this 25th day of July 2024.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.

FEDERAL DEFENDER

*/s/ Samuel Landes*

Samuel Landes, Esq.
Assistant Federal Public Defender
D.C. Bar No., 1552625
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:     (813) 228-2715
Facsimile:     (813) 228-2562
Email: Samuel_Landes@fd.org


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Abigail King.

*/s/ Samuel Landes*

Samuel Landes, Esq.
Assistant Federal Public Defender