| | |
|---|---|
| **From:** | Balos, Konstantinos E. (ATF) |
| **To:** | Schmidt, Lindsey (USAFLM) |
| **Subject:** | Re: [your opposition to NFA challenge] RE: Written Confession: Alexander Lightner |
| **Date:** | Wednesday, April 10, 2024 10:19:58 AM |

Curious why defense hasn't moved to suppress the confession? BTW, you must have been editor of your law school review!

- Dino

K. "Dino" Balos
Special Agent
ATF Tampa Field Division (Group I)
O: 941-861-4257 (Sarasota)


On Apr 10, 2024, at 10:13 AM, Schmidt, Lindsey (USAFLM) <LSchmidt@usa.doj.gov> wrote:

Thank you for the kind words! Really appreciate it.


**Lindsey N. Schmidt**
*Assistant United States Attorney*
U.S. Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
T: (813) 274-6067
C: (813) 344-8852

**From:** Balos, Konstantinos E. (ATF) <Konstantinos.Balos@atf.gov>
**Sent:** Wednesday, April 10, 2024 9:56 AM
**To:** Schmidt, Lindsey (USAFLM) <LSchmidt@usa.doj.gov>
**Subject:** [your opposition to NFA challenge] RE: Written Confession: Alexander Lightner

That was an excellent read. Well done! Looking forward to the trial. Thx, - Dino


K. "Dino" Balos
Special Agent
ATF Tampa Field Division (Group I)
O: 941-861-4257 (Sarasota)

---

U.S. District Court
Middle District of Florida
TAMPA DIVISION

Exhibit Number: 5

Case Number: 8:24-Cr-21-WFJ-CPT

Case Style: United States of America v. Alexander Lightner

Date Identified:

Date Admitted:

---

**From:** Balos, K. Dino (ATF) <Konstantinos.Balos@atf.gov>
**Sent:** Monday, January 8, 2024 12:12:05 PM
**To:** Nicolet, Michelle Clark (TP) (FBI) <mcnicolet@fbi.gov>
**Cc:** Marcet, Daniel (USAFLM) <Daniel.Marcet@usdoj.gov>; Schmidt, Lindsey (USAFLM) <Lindsey.Schmidt@usdoj.gov>; Volp, Richard Alan (TP) (FBI) <RAVOLP@fbi.gov>; Tyus, David S. (TP) (FBI) <dstyus@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [report] RE: Written Confession: Alexander Lightner

Attached, please find the narrative. Thanks, - Dino

**From:** Balos, K. Dino (ATF)
**Sent:** Friday, January 5, 2024 10:05 PM
**To:** Nicolet, Michelle Clark (TP) (FBI) <mcnicolet@fbi.gov>
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>; Schmidt, Lindsey (USAFLM) <LSchmidt@usa.doj.gov>; Volp, Richard Alan (TP) (FBI) <RAVOLP@fbi.gov>; Tyus, David S. (TP) (FBI) <dstyus@fbi.gov>
**Subject:** [audio[ RE: Written Confession: Alexander Lightner

Attached, please find the audio recording. Thanks, - Dino

**From:** Balos, K. Dino (ATF)
**Sent:** Friday, January 5, 2024 7:56 PM
**To:** Nicolet, Michelle Clark (TP) (FBI) <mcnicolet@fbi.gov>
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>; Schmidt, Lindsey (USAFLM) <LSchmidt@usa.doj.gov>; Volp, Richard Alan (TP) (FBI) <RAVOLP@fbi.gov>; Tyus, David S. (TP) (FBI) <dstyus@fbi.gov>
**Subject:** Written Confession: Alexander Lightner

Attached, please find the PDF. Thanks, - Dino

K. "Dino" Balos
Special Agent
ATF Tampa Field Division (Group I)
O: 941-861-4257 (Sarasota)