Alexander   941-525-4622   ( 860-377-6087
farnorthalex@gmail.com)   Mom

Not under arrest - Can choose to talk.
Telegram - why here idea.
Not speak about it.
Live w/ parents by choice. 26 years old
Dad best friend.
Nothing going on.
10 year business.
Remodeling - Trying to start Resdated new constructs
- Skid steer bought to sell to make money   flip
Has a lot going for him here.
Far from school shooter - Christian. - Got shot
Christian don't bo school shooting                    Dad
Nick not on Telegram
- Girl friend broke up 5 days ago
Drinking someone dropped of from bar.  Drunk 5 day
- Mind up set w/ heart break
- Using Alcohol to conceal thing.
- Possible posty online - blacked out
- One phone.
Snapchat
- Girl 5 month, intimacy Phobia.  wanted to marry
- No active in church
- Not a threat.
- Guns for property to he was shot.
- Telegram & U Tube
- Telegram since 2015. on/off  at least twice a month
- Memes - Political based
- Follow 80 channels.

DISC-00105

Into memes but not enough to be proud boys or
oath keeper

- Not much of Oath/Prod or Telegram.

Antifa / White Symp - Telegram
are on

Account on Phone #. Many people have VPN &
try to hide.

- Blacked out. —

- A lot of people places delete because of storage cache.

- Not antifa — looked at stuff.

- Logans. — Saw on address there

- Don't feel like did anything really wrong.

- Rather not give code.

- Activity — Save funny memes & repost on Snapchat.

- Christian can't commit suicide

- No thoughts to harm anyone — No school shooter.

- No plans, Not run into anyone with plan

- DEATH.   came from friend who passed away
  → he had name on Steam

Doesn't know drone. — black out.

Samsung S22 in bed room

DISC-00107

- Conservative ideology
  Talk to antifa, Patriot Front talked to
  Group - Don't align.
- Know where drug activity cocaine w/ fentanyl (Know anything?)
- Highschool smoke weed
- Nazi groups talked to them on Telegram
  Commentary on memes
  Might follow patriot front - mostly to laugh.
  Neo Nazi - channels - don't talk to them
- 1 hour at night - Telegram
- Not much to hide on them
- would tell if issues.
  Elisa Daglish -
  would tell parents something happened on Telegram
  when drunk
  FN Handgun. .45
  Sw Hangun. .9 mm
- Hard to wake up on time. - Medical
- No explosives or how to make
- Smell - Trigger from when shot. only went to range shot once
- Gun shop - blue bldg. $1,000 FN, $500
- Lingston bar
- Silencer in laundry basket - Its his
  made 10 yrs ago.
- Never read microfilm (mein Kampf) - neo + to bed - Said not illegal
- Think it is dad's.
- Know who wrote it
- Not talk about ideology

- First walk in Room straight ahead — Alex bed
- Threw in laundry when SWAT
- Made 12 yrs old. Silencer — Fits on 45 — Not Shot
- Not brothers.
- was in drawer before (Silencer)
- Know not suppose to make silencer.
- Don't know who knew about it
- Phone — Red/Black case
- No homemade guns.
- Aluminum — Silencer — saw drawing — tried to make it. — Baffles on inside.
- Can't take to range, can't shoot across street, Never Shot
- Panicked hiding spot for silencer
- Dad got out of Army 1998 — 23 yrs
- book to make silence — assumed his — 14 yrs ago.
- Won't find anything threatening other day.
- w/in 5 days.
- Curious about book (where symmetrical) Don't identify as them didn't read yet but did intend to.
- Nothing on short barrel rifle.

Jeff E.
- Bought Body armor before
- Mag for Sam
- Use to play airsoft w/ mags & Plate carrier for weight.
- Shot Dad's scar
- vest before shot
- 4 yrs ago shot Scar

DISC-00108

Both like Same hard guns as dad

Glock 36 - was used to shoot him,

Girl friend fell in love w/ best friend, Make it

work if got rid of her - Brother cut her w/ knife

~sent him photo~

He thinks pre-med murder. See if okay - bring

Brother ready w/ G36 on Swat face.

- Shot 2yrs ago Sept 9+3

white - Brother - 15 yr - facing - below attempted murder

- She put pillow on face to finish him off

Had body armor for years - Not worth wearing - not big deal.

Know suppressor illegal

Body armor not illegal to defend home

Never met anyone in real life on telegram

No access to Scar in Safe

No one has access to Death account

Sold dads first Scar

Thought about milling barrel - Don't have tme

Xanex Pill - left over from surgry - from prescription

Was on oxycodone & xanex from shots

- Has medical Debt above $200K from Shots

2nd day left — Girl friend. — Drunk

+ Scene   Return to comment.
+ Will find him at bar.
+ Friend Paid - at bar. 8 PM till ? 3 to 4 hrs.
                    Linksters.
— Didn't remember till we read quote
— Alone & betrayed Said to get him sympath.
— Said to get response. — Some one would.
— Ryder → "I love you bro" -
— Always delete after 7 days — some one can't see
   account. — Because being me frowned upon
— Loss of purpose on chat.
— 308 black tip - response to something In
   relation to someone inferring - Not sure. Need to
   see context.
— Delete — At time didn't care about anything
                heart empty. broken.
— Didn't fall asleep 3 days — didn't eat.
— Said something to get attention to feel wanted.
— Knew pushing lines. — "Delete" to cover tracks at times
— "Saint" — inferring he would be Saint.
— Maybe he should talk w/ Therapist.
— No legitimate consider it but wanted someone to care
— Far out chat Room —
— wouldn't talk about it if it was his deal
— Don't drive drunk.
— Was playing w/ fire.