# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.: 8:24-cr-21-WFJ-CPT

ALEXANDER LIGHTNER

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The defendant, Alexander Lightner, entered a plea of guilty to Count Two of the Indictment before the undersigned on March 10, 2025.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. Defendant, Alexander Lightner, has entered a plea of guilty to Count Two of the Indictment knowingly, intelligently, and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Two of the Indictment.

2. That sentencing be scheduled for *June 11, 2025, at 12:30 PM.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 11th day of March, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record
                 U.S. Pretrial Services
                 U.S. Probation Office
                 U.S. Marshal Service